1
2
3
4
5
6

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DOUG GODSIL,<br><br>                    Plaintiff,<br><br>     v.<br><br>ORLANDO PATINO-GONZALEZ,<br><br>                    Defendant. | CASE NO. C21-5029<br><br>ORDER GRANTING EXTENSION FOR INITIAL DEADLINES |

This matter comes before the court on Defendant Orlando Patino-Gonzalez's letter requesting that the initial deadlines in his case be postponed. (Mot. (Dkt. # 10).)  The court construes Mr. Patino-Gonzalez's letter as a motion for an extension of time to file a joint status report and to make initial disclosures.  Under the court's original scheduling order, the parties were to confer pursuant to Federal Rule of Civil Procedure 26(f) before March 19, 2021, make initial disclosures before April 2, 2021, and file a joint status report before April 9, 2021.  (Initial Scheduling Order (Dkt. # 8).)  Mr. Patino-Gonzalez is currently proceeding *pro se*, and advises the court that he does not "really understand

ORDER - 1

1  the [legal] process and [his] next steps to proceed with this case" and that he has been

2  attempting to obtain legal advice.  (Mot. at 1-2.)

3        The court GRANTS Mr. Patino-Gonzalez's motion for an extension of time for

4  the court's initial deadlines (Dkt. # 10).  The court sets the following dates for initial

5  disclosures and submission of the joint status report and discovery plan:

6        Deadline for FRCP 26(f) Conference:    April 16, 2021

7        Initial Disclosures Pursuant to FRCP

8        26(a)(1):    April 30, 2021

9        Combined Joint Status Report and Discovery Plan as required by FRCP 26(f)

10        and Local Civil Rule 26(f):    May 7, 2021

11  The court advises Mr. Patino-Gonzalez to obtain the assistance of counsel.

12        Dated this 19th day of March, 2021.

13

14

15        JAMES L. ROBART
      United States District Judge

16

17

18

19

20

21

22